

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-13-00398-CV

| | | |
|---|---|---|
| Arjana Muhametaj, d/b/a Little Brothers Family Restaurant, a/k/a Family Restaurant | § | From the 153rd District Court |
| v. | § | |
| | | of Tarrant County (153-265909-13) |
| Northern Trust Bank of California, N.A. and Bruce R. McAllister, not personally but solely as co-trustees of the MRM 1990 Trust f/b/o Bruce R. McAllister (f/k/a Margot M. Dippert), not personally but solely as co-trustees of the MRM 1990 Trust f/b/o Margot M. Dippert, Durango Restaurants, LLC, d/b/a Little Caesar's Restaurant | § | |
| | § | February 6, 2014 |
| | § | |
| | § | Opinion by Justice McCoy |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bob McCoy
     Justice Bob McCoy